B6C (Official Form 6C) (12/07)

In re  Seaborn Gregory Reece    Case No.  09-10143
Jo Ann Reece
Debtor(s)           (if known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. § 522(b)(2):
☐ 11 U.S.C. § 522(b)(3):

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2000 BMW Wagon | TCA § 26-2-301 | 5,225.00 | 5,225.00 |
| Checking account | TCA § 26-2-103 | 250.00 | 250.00 |
| Clothing | TCA § 26-2-104 | 250.00 | 250.00 |
| household goods | TCA § 26-2-103 | 1,000.00 | 1,000.00 |
| cash | TCA § 26-2-103 | 100.00 | 100.00 |
| Home/Lot 255 Shenandoah Lane NW Cleveland, TN 37312 | TCA § 26-2-301 | 50,000.00 | 114,240.00 |

Total:   $56,825.00

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | | |
|---|---|---|
| RE:   Seaborn Gregory Reece | * | Chapter 7 |
|         Jo Ann Reece | * | |
| | * | Case No 09-10143 |
|         **Debtor(s)** | * | |
| | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served an Amended Schedule C on the Chapter 7 trustee, William Foster, PO Box 4716., Chattanooga, TN 37405, and upon the debtor by electronic mail or first class mail.

This 2nd day of November, 2009.

RICHARD BANKS & ASSOCIATES, P.C.

/s/ Richard Banks
Richard L. Banks #000617
Rebble S. Johnson #011548
Attorney for the Debtor(s)
P.O. Box 1515
Cleveland, TN 37364-1515
423-479-4188